IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AARON KUBARYK,<br><br>   Defendant. | CRIMINAL ACTION<br>NO. 1:14-CR-384-MHC |

### ORDER

On September 28, 2015, Magistrate Judge Alan J. Baverman issued a Final Report and Recommendation [Doc. 33] that Defendant's motion to suppress evidence [Doc. 15] be denied. No objections have been filed to the Report and Recommendation.

After reviewing the Report and Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court. Accordingly, it is hereby **ORDERED** that Defendant Kubaryk's motion to suppress evidence [Doc. 15] be and is hereby **DENIED**.

**IT IS SO ORDERED** this 22nd day of October, 2015.

_____
MARK H. COHEN
United States District Judge